AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
JAN - 6 2023
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 4:23-mj-__1__ |
| **RICHARD JEROD WHITLEY, JR.** | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____July 15, 2022_____ in the Eastern District of Virginia, the defendant(s) violated:

| *Code Section(s)* | *Offense Description(s)* |
|---|---|
| 18 U.S.C., § 2252A(a)(2) | Distribution of Child Pornography |

This criminal complaint is based on these facts: Please see attached Affidavit.

☒ Continued on the attached sheet.

READ AND APPROVED:

_____
Peter G. Osyf,
Assistant United States Attorney

_____
*Complainant's signature*

____Desirae Maldonado, Special Agent, FBI____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____January 6, 2023_____

_____
*Judge's signature*

City and state: __Norfolk, Virginia__    Robert J. Krask, United States Magistrate Judge
*Printed name and title*