**ORIGINAL**

**SEALED**

## UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
Newport News Division

| | |
|---|---|
| United States of America<br>v.<br>RICHARD JEROD WHITLEY, JR.<br><br>*Defendant* | )<br>)   Case No. 4:23-mj-1<br>)   FID# 11509481<br>)<br>) |

RECEIVED 2023 JAN -9 P 12:02 UNITED STATES [...] EASTERN DISTRICT [...]

### ARREST WARRANT (FBI)

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* __RICHARD WHITLEY, Jr.__, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Distribution of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2)

Date: January 6, 2023

*Issuing officer's signature*

City and state: Norfolk, Virginia

Robert J. Krask, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 1-6-2023, and the person was arrested on *(date)* 1-9-2023
at *(city and state)* PETERSBURG, VA

Date: 1-9-2023

*Arresting officer's signature*

DESIRAE MALDONADO, SPECIAL AGENT
*Printed name and title*